**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Grazyna <br> First name <br><br> Middle name <br><br> Smialek <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8034 |  |

Debtor 1    **Grazyna Smialek**                                           Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **3329 Pace Street**<br>**Park City, IL 60085**<br>Number, Street, City, State & ZIP Code<br><br>**Lake**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   **Grazyna Smialek**                                    Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** How you will pay the fee

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

■ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** Have you filed for bankruptcy within the last 8 years?

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** Do you rent your residence?

- ☐ No.   Go to line 12.
- ■ Yes.   Has your landlord obtained an eviction judgment against you?

  - ■ No. Go to line 12.

  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Grazyna Smialek**                                                          Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Grazyna Smialek**

Case number *(if known)*

**Part 5:**    Explain Your Efforts to Receive a Briefing About Credit Counseling

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Grazyna Smialek** _____    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____    _____
Grazyna Smialek                         Signature of Debtor 2
Signature of Debtor 1

Executed on  **2.10.18.**                Executed on _____
MM / DD / YYYY                           MM / DD / YYYY

Debtor 1   **Grazyna Smialek**                                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Arthur Corbin**                                     Date     **February 10, 2018**

Signature of Attorney for Debtor                                   MM / DD / YYYY

**Arthur Corbin ARDC#6305658**
Printed name

**Corbin Law Firm, LLC**
Firm name

**2500 E. Devon Ave.**
**Suite 200**
**Des Plaines, IL 60018**
Number, Street, City, State & ZIP Code

Contact phone   **773-570-0054**          Email address   **arthur@corbin-law.com**

**ARDC#6305658 IL**
Bar number & State

---

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|  | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|  | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|  | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|  | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border: 1px solid gray; background: lightgray; padding: 10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Grazyna Smialek**                                                                    Case No. _____
_____
Debtor(s)                                          Chapter    **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................................    $ _____    **0.00**

    Prior to the filing of this statement I have received ...........................................    $ _____    **0.00**

    Balance Due ...........................................................................................................    $ _____    **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):        **Pro Bono. See attached documents.**

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ■ Other (specify):        **Pro Bono. See attached documents.**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **All legal services required pursuant to the attached Chapter 7 Representation and Fee Agreement.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **See the attached Chapter 7 Representation and Fee Agreement.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**February 10, 2018**                                        **/s/ Arthur Corbin**
_____                   _____
*Date*                                                       **Arthur Corbin ARDC#6305658**
                                                             *Signature of Attorney*
                                                             **Corbin Law Firm, LLC**
                                                             **2500 E. Devon Ave.**
                                                             **Suite 200**
                                                             **Des Plaines, IL 60018**
                                                             **773-570-0054  Fax: 773-570-5449**
                                                             **arthur@corbin-law.com**
                                                             _____
                                                             *Name of law firm*

---

**CORBIN LAW FIRM.LLC**

## CHAPTER 7 SERVICES AND FEE AGREEMENT (the "Agreement")

I, **Grazyna Smialek** ("**You**" or "**Client**"), agree to retain Corbin Law Firm, LLC ( "**CLF**"), to represent Client in a bankruptcy case to be filed under Chapter 7 of the United States Bankruptcy Code (the "Case"). **CLF will represent client *pro bono* via Chicago Volunteer Legal Services (CVLS).**

| | |
|---|---|
| Corbin Law Firm, LLC is considered a debt relief agency under the Bankruptcy Code because CLF helps individuals get a financial fresh start using the bankruptcy laws. | The advice you receive from CLF may change as a more detailed analysis of your situation and the "Means Test" calculation is completed. CLF will inform you of any changes. |

1.  **ATTORNEY'S FEES AND COURT FEES AND OTHER COSTS**

    a)  **ATTORNEY'S FEES.** You will pay CLF a flat fee of $n/a – pro bono for attorney's fees for "Standard Services" as described in Paragraph 3 below. You agree to pay CLF an INITIAL RETAINER of $n/a – pro bono for attorney's fees leaving a balance due of $n/a – pro bono. The flat fee quoted above may increase if *newly discovered* circumstances not considered in evaluating your situation require CLF to spend *significantly* more time on the Case. (e.g. tax debts; above median income; etc.).

| Advance Payment Retainer | "Work Done" Basis |
|---|---|
| You agree and understand that CLF will treat the retainer as an "advance payment retainer." This means that CLF will place the retainer into its general operating account and the retainer will become the property of CLF.  You also understand that you have the option to require CLF to treat your retainer as a security retainer. But you have decided to proceed with an advance payment retainer because we both agree that an advance payment retainer is to your advantage as CLF will immediately start working on your case and the retainer will be earned immediately or within a short span of time, because it will keep the funds out of the reach of your creditors, and because CLF will not represent you under a traditional security retainer. | The retainer will be earned on a "work done" basis. This means that even if you decide not to proceed with your case the retainer will already be partially or fully earned because CLF will have expanded significant time and effort working with you and on your behalf. Therefore, if you terminate CLF's representation or if CLF withdraws its representation due to Client's breach of this Agreement, you may not be entitled to a refund or may only be entitled to a partial refund even if your case is not filed. CLF charges an hourly rate of $250.00 per hour for attorney time and $90.00 per hour for administrative staff time. |

    b)  __n/a___ / _____ If attorney's fees are not paid in full before the Case is filed, Client agrees to pay the remaining balance of $_____ for attorney's fees after the case is filed and before the case is closed. Client also agrees to execute a new retention agreement within 14 days from the date the Case is filed for services to be performed after the Case is filed (the "Post-Filing Services and Fee Agreement"). If Client does not execute the Post-Filing Services and Fee Agreement, Client agrees and understands that CLF reserves the right to withdraw its representation. If CLF withdraws its representation, this Agreement immediately terminates and CLF will cease working on the Case and will not perform any of the post-filing services contemplated in this Agreement.

    c)  **COURT COSTS.** The court's Chapter 7 filing fee is **$335.00**. The filing fee is in addition to attorney's fees above and must be paid before the Case is filed. CLF will request a fee waiver on Client's behalf.

    d)  **TOTAL PAYABLE TO CLF:**

| Attorney's Fees for Chapter 7 – Flat Fee | Court Costs Chapter 7 Filing Fee | Consolidated Credit Report: | TOTAL PAYABLE TO CLF: | Credit Counseling — Course #1 | Credit Counseling — Course #2 |
|---|---|---|---|---|---|
| $n/a – pro bono | Fee Waiver Request | annualcreditreport.com | $n/a – pro bono | not included | not included |


2. **ASSIGNMENT OF FUNDS.** Client assigns to CLF all amounts tendered for costs and authorizes CLF to transfer the funds from CLF's client trust account to CLF's operating account in payment of outstanding fees and costs owed to CLF.

3. **STANDARD SERVICES.** These are the services CLF will provide under this Agreement for the fee in Paragraph 1(a). CLF will:

   ☐ Provide and explain all bankruptcy disclosures as required by the U.S. Bankruptcy Code.
   ☐ Analyze your financial situation.
   ☐ Advise you about relief under Chapter 7 and Chapter 13 of the U.S. Bankruptcy Code and about non-bankruptcy options.
   ☐ Explain and assist you with all requirements to file your Case (voluntary petition, schedules, statements, creditor list, verification, and notices (collectively the "Petition")) and with obtaining a discharge under the Bankruptcy Code.
   ☐ Advise you about exemptions and apply the exemptions to your property.
   ☐ Prepare your Petition.
   ☐ File your Petition.
   ☐ Assist you in negotiating a reaffirmation agreement(s) when necessary and if requested by you.
   ☐ Prepare you for the initial trustee meeting.
   ☐ Provide the case trustee with documents required for the Trustee Meeting.
   ☐ Represent you at the trustee meeting or provide another attorney (after notice to you).
   ☐ Respond to requests for information from the U.S. Trustee or the case trustee.
   ☐ Prepare motions to remove liens on your personal property under 11 U.S.C. 522(f)(2) and judicial liens under 11 U.S.C. 522(f)(1),  but only if agreed to prior to the signing of this Agreement. If not agreed to prior to the signing of this Agreement, avoiding a lien will be an additional service (see Par. 5 below). Initials indicate agreement that CLF will prosecute a sec. 522(f) action: _____ / _____.
   ☐ File the debtor's education certificate with the court (second credit counseling course).
   ☐ Monitor the case and communicate with you, the case trustee, U.S. Trustee, and creditors or other parties of interest, as necessary.
   ☐ Assist with enforcing the automatic stay by communicating with the violator; but this does not include initiating a court proceeding to enforce the automatic stay.
   ☐ Provide expedited notices once your Case is filed to creditors to stop lawsuits, wage garnishments, citations to discover assets, utility shutoffs, driver's license suspensions (if bankruptcy automatic stay applies).

4. **n/a – pro bono** / _____**BANKRUPTCY SERVICES CLF WILL PROVIDE AFTER FILING THE CASE FOR AN ADDITIONAL FEE.** You authorize CLF to provide the following services, **if necessary,** after the case is filed and YOU ALSO AGREE IN ADVANCE TO PAY CLF for these services as they may be necessary to you obtaining your discharge:

   ☐ Amendments to Schedules: $100.
   ☐ Amendments to Schedules to add omitted creditor(s): $180 plus costs of postage for service of notices to all interested parties.
   ☐ Representation at continued Trustee Meeting: $250. (This generally applies if you fail to attend your trustee meeting and it has to be continued to a different date. This may also apply if the trustee continues the meeting after it has been held and requires you to attend the continued meeting.)
   ☐ Representation at Rule 2004 Examination: $125.00 per hour. (A Rule 2004 examination is similar to a deposition.)
   ☐ Any Routine Court Appearance(s): $250.00 per hour. (A routine chapter 7 case does not require any court appearances.)

5. **SERVICES CLF WILL NOT PROVIDE UNDER THIS AGREEMENT.** Complex and time-consuming matters may arise in a chapter 7 bankruptcy case. Such matters can sometimes be anticipated, but often they cannot be. These matters are generally contested and difficult and time consuming to prosecute or defend therefore they are not included in this Agreement. Common examples of such matters are (not an exhaustive list):

   ☐ Adversary proceedings (lawsuits inside the bankruptcy case).
   ☐ Objections to discharge.
   ☐ Defense of claims of bankruptcy abuse.
   ☐ Defense of preference or fraudulent transfer actions.
   ☐ Any proceedings in a state court or other tribunal.

   ☐ Avoidance of lien(s) pursuant to section 522(f), if not agreed to prior to executing this Agreement.
   ☐ Redemptions of property.
   ☐ Appeals.
   ☐ Proceedings to enforce automatic stay violations.

**CORBIN LAW FIRM**, LLC

6. **OTHER COMMON BANKRUPTCY SERVICES NOT PART OF THIS AGREEMENT.**

> Reopen case (most common reason: failure to take the second credit counseling course): $250.00 plus $260 filing fee.
> Conversion from Chapter 7 to Chapter 13: Chapter 13 fees will apply.

Client may retain CLF or any other attorney of Client's choice to represent Client for services not included in this Agreement. If CLF agrees to represent Client, CLF will offer a separate retention agreement for the parties to execute.

7. **IMPORTANT TERMS, CONCEPTS, CONSEQUENCES, AND PRINCIPLES.** Client understands the following:

**Effect on your Credit.** Bankruptcy is a financial event. As such, like a late payment, a collections action, or a court judgment, the bankruptcy will appear on your credit report. The bankruptcy should appear under each creditor listing as well as under the public records section of the credit report. A chapter 7 bankruptcy will stay on your credit report for up to 10 years. The bankruptcy may have a negative effect on your credit score and it may negatively impact your ability to obtain future credit or refinancing.

**Public proceeding.** Bankruptcy is a public proceeding in a federal court. Your case will be filed in the Bankruptcy Court for the Northern District of Illinois.

**Automatic stay.** This is the name for the bankruptcy protection. The automatic stay goes into effect the moment your case is filed. Therefore, keep in mind that calls, lawsuits, wage garnishments and other actions to collect may continue and liens can attach to your property until the bankruptcy case is filed; you may therefore permanently lose your property until your case is filed.

**Dischargeability and Non-Dischargeability.** Chapter 7 bankruptcy eliminates most but not all debts. Debts that are eliminated are referred to as "dischargeable" debts. Debts that cannot be eliminated are referred to as "non-dischargeable" debts. If applicable, CLF will advise you what debts will not be discharged (typically: student loans, parking tickets, child support, most taxes).

**Bankruptcy notices.** The bankruptcy court will notify all your creditors and interested parties about your bankruptcy case. Notices have to be generated and mailed. It may take up to 10 business days for the notices to reach your creditors. CLF will expedite notice to creditors as necessary (e.g. fax notice to stop wage garnishment).

**Time is of the essence.** Any delay by you to cooperate with CLF may disqualify you from the bankruptcy or otherwise adversely impact your case by affecting your eligibility or the breadth of the relief you are seeking. An example of this is a change in your income (as it may affect the Means Test calculation) or and action by your creditor (e.g. foreclosure sale or wage garnishment).

**Creditors.** All creditors must be included in your case; bankruptcy is not a pick-and-choose proceeding. This includes debts you owe to your friends and family, small debts, and even debts that are not dischargeable. CLF will assist you with disclosing all your creditors but, ultimately, you are the only one who knows about all your financial obligations. Debts that are not included may not be discharged.

o   **Secured Creditor:** A creditor that has a lien on your property and can resort to repossession or foreclosure if you fail to pay the debt (e.g. mortgage, car loan, furniture loan). The chapter 7 bankruptcy does not affect this right and, with certain exceptions, the creditor will continue to have a lien on your property even after you receive your discharge. In other words, chapter 7 will only eliminate your personal liability on a dischargeable debt and the security interest (the lien) will ride through the bankruptcy unaffected.

o   **Unsecured Creditor:** A creditor that cannot take your property through repossession or foreclosure (e.g. credit cards, medical debts, student loans, etc...), because an unsecured creditor does not have a security interest (a lien) in your property. The chapter 7 discharge will eliminate your personal liability on a dischargeable debt and your relationship with the creditor will end.

CORBIN LAW FIRM.LLC

8. **Your General Duties:**

   **Cooperation.** You agree to cooperate with CLF, the case trustee, and the U.S. Trustee and to provide requested information and documents in a timely manner. You also agree to update CLF about changes to your circumstances including: income, expenses, property interests (acquisition or disposition), address, contact information, military service, etc… You also agree to carefully review the Petition and to be present and on time for all hearings and meetings.

   **Truthfulness.** You agree to provide accurate and complete information and documentation required for the Case. Honest, accurate and complete disclosure is crucial as inaccurate or incomplete disclosures can lead to the loss of your right to a discharge of your debts as well as serious civil and criminal prosecution. Remember, you are providing all information under penalty of perjury.

   **Reasonable Investigation.** You must dedicate some time and effort and conduct a reasonable investigation into your matters in providing information and documents for the Case. This means that you may have to take affirmative steps such as searching your records; contacting third-parties such as employers or former employers to assemble required income information; obtain vehicle and real estate valuations; assemble bank statements; create profit and loss statements, etc.

   **Notify CLF Before Acting.** You must promptly notify CLF before making property and financial transactions that you do not normally make. This includes transactions such as gifting, lending, or paying back money to family or friends, withdrawing money from any retirement account, incurring new debt (such as purchasing a car, using a credit card, taking out a payday loan, etc.), selling or giving away property. Such transactions –whether before the Case is filed or after – may negatively impact your case as the transactions can be undone by the trustee and you may lose that property as well as your discharge.

   **Stop Using Credit.** Once you hire CLF you must stop using credit. Using credit before filing bankruptcy may cause problems in your case as such credit use may be considered fraudulent and can be challenged by your creditors, the bankruptcy trustee, and the United States Trustee.

   **Protect Your Property.** When your Case is filed, all your property interests become property of the bankruptcy court (this is called the "bankruptcy estate"). You must therefore ensure proper safekeeping of all your assets until your Case is closed.

9. **Your Main Duties Prior to Filing:**

   **Take the First Credit Counseling Course.** You must complete the credit counseling requirement from an approved credit counseling agency and obtain the certificate of completion. Your Case will not be filed without the certificate of completion.

   **Promptly Communicate with CLF.** The pre-filing period is the most important period in the entire case. This is when we will assemble and review documents and information to properly prepare your case for filing with the court. During this time, we also analyze your situation for potential issues and roadblocks so that they can be resolved prior to the filing of your case. Your prompt communication and participation is crucial to this process. Otherwise, the relief you are seeking may be delayed.

10. **Your Main Duties After Filing:**

   **Complete the Second Credit Counseling Course (Debtor Education Course).** You must complete the second credit counseling course. If you do not complete this course your case will be closed without a discharge.

   **Attend the Trustee Meeting.** You must appear at the trustee meeting. This meeting will take place 4 to 8 weeks after your case is filed. CLF will provide you with the date and time of your trustee meeting shortly after your Case is filed. CLF will also prepare you for the meeting and attend the meeting with you or, with your agreement, provide a replacement attorney.

   **Property.** You agree to promptly inform CLF of new rights in any inheritances, life insurance proceeds, property arising out of a divorce settlement agreement, or lottery winnings that you acquire within 6 months after your Case is filed. You also agree to safe guard all property as your property now belongs to the bankruptcy estate.

Corbin Law Firm, LLC | 2500 E. Devon Ave. Ste. 200 | Des Plaines, IL 60018 | Tel. 773.570.0054 Fax. 773.570.5449

**CORBIN LAW FIRM,LLC**

11. **Communications and Permissions.** You authorize CLF to communicate with your employer(s), creditors, and any other entity, such as the IRS, CLF deems necessary. You also authorize CLF to share Case documents and Case information with your employer(s), creditors, and any other entities CLF deems necessary.

12. **Termination.**

    a)   You may discharge CLF at any time subject to payment of any fees owed for services provided based on "work done" as explained above.

    b)   CLF may withdraw its representation when CLF believes you are not complying with your duties as outlined in this Agreement and in the bankruptcy disclosures (see Paragraph 15 below). When seeking withdrawal from the Case, CLF will abide to the Illinois Rules of Professional Conduct and Local Bankruptcy Rules for the United States Bankruptcy Court, Northern District of Illinois.

13. **Breach of Agreement.** If Client breaches this Agreement, Client will be responsible for attorney's fees and costs incurred by CLF that are associated with enforcing this Agreement.

14. **Authorization to run Credit Report.** Client authorizes CLF to obtain Client's credit report.

15. **Acknowledgement.** Client acknowledges that CLF provided Client  with the bankruptcy disclosures listed below and that the disclosures are incorporated into this Agreement (you received these disclosures during the initial consultation):

        Disclosure pursuant to 11 U.S.C. §§ 527(a)(1) and 342(b)
        Disclosure pursuant to 11 U.S.C. § 527(a)(2)
        Disclosure pursuant to 11 U.S.C. § 527(b)
        Disclosure pursuant to 11 U.S.C. § 527(c)
        Bankruptcy Information Sheet (Polish)

This Agreement and Quote is offered by Corbin Law Firm, LLC. The Quote is valid for 14 days from the date below.

_____    Date: _8/31/ 2017_____
       Corbin Law Firm, LLC

CLIENT:

Name _Grazyna Sawicki_____    Name _____

Signature _____    Signature _____

Date: 08-31-2017                        Date: _____
       08.31.2017

## Informacje dotyczące ogłoszenia bankructwa

Prawo o upadłości jest prawem federalnym. Niniejszy dokument przedstawia ogólne informacje na temat tego co stanie się w przypadku ogłoszenia bankructwa. Zawarte tutaj informacje nie są kompletne. Potrzebna może być porada prawna.

### Kiedy składa się wniosek o ogłoszenie bankructwa

Można wybrać taki rodzaj upadłości, który najlepiej odpowiada Twoim potrzebom (pod warunkiem, że spełnione są pewne zastrzeżenia):

> Rozdział 7 – Twój majątek przejmuje wyznaczony syndyk. Cały majątek, który posiada wartość zostanie sprzedany lub spieniężony, aby było z czego zapłacić wierzycielom. Może uda się zatrzymać pewne rzeczy osobiste, i być może nieruchomości, zależnie od przepisów prawnych Stanu, w którym mieszkasz, i mającego zastosowanie prawa federalnego.

> Rozdział 13 – Zwykle możesz zatrzymać swój majątek, ale musisz zarabiać lub mieć jakieś inne źródło regularnych przychodów, i musisz się zgodzić na potrącanie pewnej części swoich przychodów na rzecz spłacania wierzycieli. Twój plan spłat oraz Twój budżet musi zatwierdzić sąd. Wyznaczony zostanie kurator, który będzie pobierał od Ciebie płatności, wypłacał wierzycielom, oraz dbał o to abyś dotrzymał warunków zawartych w Twoim planie spłaty zadłużenia.

> Rozdział 12 – Jest podobny do rozdziału 13, ale dotyczy jedynie rodzinnych gospodarstw rolnych i rodzinnych gospodarstw rybackich.

> Rozdział 11 – Dotyczy on głównie przedsiębiorstw. Według rozdziału 11, można dalej prowadzić firmę, ale wierzyciele i sąd muszą zaaprobować plan spłaty Twoich długów. Nie ma kuratora, chyba że sędzia uzna, że jest on konieczny; jeśli wyznaczony zostanie kurator, przejmuje on kontrolę nad Twoją firmą i Twoim majątkiem.

Jeśli złożyłeś już wniosek o upadłość według rozdziału 7, może istnieć możliwość zmiany tego wniosku tak aby był on rozpatrywany według innego rozdziału.

Twoje bankructwo może być odnotowane aż na dziesięć lat w dokumentach potrzebnych do wykazania swojej zdolności kredytowej. Może to mieć wpływ na Twoją możliwość uzyskania kredytu w przyszłości.

### Czym jest uwolnienie się od obowiązków poprzez bankructwo, i jak to działa?

Jednym z powodów, dla których ludzie składają wnioski o ogłoszenie bankructwa jest uzyskanie „uwolnienia się od zobowiązań". Uwolnienie takie jest orzeczeniem sądu, które stwierdza, że nie musisz spłacać większości swoich długów. Od pewnych długów nie można się uwolnić. Na przykład, nie można się pozbyć długów wynikających z –

- większości podatków;
- kosztów utrzymania dziecka;
- alimentów;
- większości pożyczek studenckich;
- grzywien nałożonych przez sąd i odszkodowania związanego z przestępstwem, oraz
- uszkodzenia ciała spowodowanego przez prowadzenie pojazdu pod wpływem alkoholu lub środków odurzających.

Uwolnienie się dotyczy jedynie długów, które powstały przez datą złożenia wniosku o upadłość. Jeśli sędzia stwierdzi, że uzyskałeś przychody pieniężne lub majątek w wyniku oszustwa, możesz nie uzyskać uwolnienia się od długu.

Ważne jest aby we wniosku wymienić cały swój majątek i wszystkie długi. Jeśli na przykład nie wymieni się jakiegoś długu, może się okazać, że od tego długu nie zostanie się uwolnionym. Sędzia może również odmówić uwolnienia Cię jeśli postąpisz nieuczciwie w związku ze swoją upadłością, na przykład jeśli zniszczysz albo ukryjesz swój majątek, jeśli będziesz fałszował dowody, albo jeśli będziesz kłamał, albo jeśli nie podporządkujesz się postanowieniu sądu.

Uwolnienie od zobowiązań na zasadach rozdziału 7 można uzyskać jedynie raz na osiem lat. Zastosowanie mogą mieć inne zasady jeśli wcześniej uzyskałeś uwolnienie od zobowiązań zgodnie z rozdziałem 13. Nikt nie może Cię zmusić do spłacania długu, od którego uzyskałeś zwolnienie, ale możesz dobrowolnie spłacać/spłacić dowolny dług, który chcesz spłacić. Aby to zrobić, nie musisz podpisywać· umowy potwierdzającej (patrz poniżej) ani żadnego innego dokumentu.

Niektórzy wierzyciele posiadają zabezpieczenie dla swojego roszczenia (na przykład, bank ma hipotekę na Twoim domu, albo firma kredytowa ma prawo zastawu na Twoim samochodzie). Jeśli uzyskasz uwolnienie od długów, nie musisz spłacać roszczenia zabezpieczonego, ale wierzyciel może przejąć taki majątek.

<u>Czym jest umowa potwierdzająca?</u>

Nawet jeśli można uzyskać uwolnienie się od długu, mogą istnieć szczególne powody, dla których chcesz złożyć obietnicę spłacenia takiego długu. Na przykład, możesz chcieć porozumieć się z bankiem i zatrzymać swój samochód. Aby obiecać, że spłacisz ten dług, musisz podpisać umowę potwierdzającą i złożyć ją w sądzie. Umowy potwierdzające podlegają przepisom specjalnym i są one dobrowolne. Nie są one wymagane przez prawo upadłościowe ani przez żadne inne prawo. Umowy potwierdzające-

- muszą być dobrowolne;
- nie mogą nakładać na Ciebie lub Twoją rodzinę zbyt wielkiego obciążenia;
- muszą leżeć w Twoim najlepiej rozumianym interesie; oraz
- mogą zostać anulowane w dowolnym momencie zanim sąd wyda postanowienie o Twoim uwolnieniu, albo w ciągu 60 dni od złożenia umowy w sądzie, zależnie od tego co·daje Ci więcej czasu.

Jeśli jesteś osobą fizyczną i nie jesteś reprezentowany przez adwokata, sąd musi Cię przesłuchać przed podjęciem decyzji o zatwierdzeniu umowy potwierdzającej. Do zatwierdzenia przez sąd, umowa nie będzie prawnie wiążąca.

Jeśli potwierdzisz dług a następnie go nie spłacisz, będziesz dłużnikiem tak jakbyś nie ogłosił bankructwa. Od długu nie można się uwolnić, a wierzyciel może podjąć działania w celu odzyskania/przejęcia majątku, na którym posiada zastaw lub hipotekę. Wierzyciel może także podjąć kroki prawne w celu dochodzenia wykonania wyroku przeciwko Tobie.

Jeśli potrzebujesz więcej informacji, albo jeśli masz jakieś pytania dotyczące tego w·jaki sposób przepisy o bankructwie wpływają na Twoją sytuację, możesz potrzebować porady prawnej. W Twoim przypadku syndyk/kurator nie ma obowiązku udzielania Ci porad prawnych.



**Arthur Corbin <arthur@corbin-law.com>**

---

## CVLS Case Acceptance - Grazyna Swiatek

**Kathy Koester <KKoester@cvls.org>**
To: "arthur@corbin-law.com" <arthur@corbin-law.com>

Wed, Oct 4, 2017 at 12:35 PM

Arthur,

Thank you for opening a CVLS case for Grazyna Swiatek. You may be continuing to review the facts before informing the client of your acceptance of this case, but the status of this case with CVLS is that it has been opened in your name.

When you close this case either by:

1. Denying representation after your review

2. Completing your representation

3. Referring the matter back to CVLS for representation

Please inform us of this closure by printing and completing the attached closure form and sending it to: kkoester@cvls.org or fax to: Attn: Kathy at 312-332-1460 or mail to:

Chicago Volunteer Legal Services

33 N. Dearborn, Suite 400

Chicago, IL 60602

**Or by filling out our online closure form at:** http://cvls.org/closecase

If you have accepted this case for representation you will find helpful training resources, pleadings and form templates at:

1. http://cvls.org/volunteer-resources

2. http://www.illinoisprobono.org/

3. http://www.cookcountyclerkofcourt.org/

CVLS staff is also available for personal assistance as needed. Please see attachment: **CVLS Staff Specialties and Contact Info**

Please don't hesitate to contact me with any questions you may have.

Thank you again for volunteering with CVLS.

Warm Regards,


**Kathy Koester**
Clinic Coordinator

Chicago Volunteer Legal Services

33 North Dearborn, Suite 400

Chicago, IL 60602
P|(312) 332-7521   F|(312) 332-1460







---

**2 attachments**

**Grazyna Swiatek closure form.pdf**
360K

**CVLS Staff Specialty and Contact Info.pdf**
91K

# CHICAGO VOLUNTEER LEGAL SERVICES FOUNDATION
# CLINIC CLOSURE SHEET

### CLINIC: Amicus Poloniae 040, 08/19/2017 - Confirmed

### VOLUNTEER ATTORNEY: Arthur Corbin

---

| **CLIENT** | **ADVERSE PARTY** |
|---|---|
| Name:   **Grazyna Swiatek** | Name:   SPVI, LLC |
| Address: 3329 Pace St. | Address: N/A |
|         N/A | City:    N/A, IL  Zip: N/A |
| City:    Park City, IL  Zip: 60085 | Phone:  N/A N/A |
| Phone:  (224) 628-1107 | SSN:   XXX-XX-N/A |
| Email: | |
| SS#:    XXX-XX-8034 | |

---

### FINANCIAL ELIGIBILITY
Household Population: 2
Source of Income: SSI: $1,300.00 Frequency: Monthly
Total Monthly Income: $1,300.00

---

**IMPORTANT CLIENT INFORMATION**

**CASE CODE**: 093 Other Consumer Fin.

**Court Case #:** 17 AR 000355

Ethnicity: White (Not Hispanic)
Gender:  Female
Disabled:  No
DOB: █████████

Client has served in the military: No

Client's immediate family has served in military: None

**CLOSURE INFORMATION**

**Date Closed:** _____

**Service performed for client, check all that apply**
- □ Advice
- □ Litigation (includes court and administrative hearings)
- □ Document Preparation
- □ Negotiation (includes correspondence and/or telephone calls)
- □ Referral to: _____

**RESULTS:**
- □ Objective Obtained
- □ Objective partially obtained
- □ Objective not obtained
- □ Client discontinued
- □ Other (please specify) _____

How much time did you spend on this case? _____
How much would you have charged this client for this work? _____

Bank of America
PO Box 982235
El Paso, TX 79998-2235


Cavalry Portfolio SVCS
500 Summit Lake Dr., Ste. 4A
Valhalla, NY 10595


Chase
PO Box 15298
Wilmington, DE 19850


Citibank SN.A.
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Portfolio Recovery Associates LLC
120 Corporate Blvd
Norfolk, VA 23502


Shindler & Joyce
Attn: Keith Barnstein
1990 E. Algonquin Rd., Ste. 180
Schaumburg, IL 60173


SYNCB/Banana Republic
PO Box 965005
Orlando, FL 32896-5005


Toyota Motor Credit Corp.
5005 N. River Blvd. NE
Cedar Rapids, IA 52411-6634

Toyota Motor Credit Corporation
PO Box 105386
Atlanta, GA 30348-5386